IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA, :
:
      Plaintiff, :
: CR-2-11-198
v. : JUDGE MARBLEY
:
ZACHARIAH J. FLANNERY, :
:
      Defendant. :

**AMENDED**
<u>PRELIMINARY ORDER OF FORFEITURE</u>

Upon motion by the Plaintiff, United States of America, and for good cause shown, the Preliminary Order of Forfeiture entered January 3, 2012, is amended to reflect the correct items that are subject to forfeiture in this action, said items being One (1) Western Digital hard-drive, SN: WCAP2276767, including its contents; and(2) One (1) Dell laptop computer, SN: 7BPVD51, including its contents:

Accordingly, it is hereby **ORDERED, ADJUDGED AND DECREED:**

    1. That the Defendant Zachariah J. Flannery shall forfeit to the United States of America the following subject property, that is:

    (A)  All matter containing said visual depictions or child pornography and child erotica, transported, mailed, shipped, and possessed in violation of 18 U.S.C. §2252(a)(4)(B); and

    (B)  All property used and intended to be used to commit and to promote the commission of the aforementioned violation, including but not limited to the following:

(1) One (1) Western Digital hard-drive, SN: WCAP2276767, including its contents; and

(2) One (1) Dell laptop computer, SN: 7BPVD51, including its contents.

All other terms and conditions of the Preliminary Order of Forfeiture entered January 3, 2012, remain the same, except as expressly amended herein.

ORDERED this 6 day of April, 2012.

HONORABLE ALGENON L. MARBLEY
UNITED STATES DISTRICT COURT JUDGE